**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JUDICIAL WATCH, INC., )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>U.S. DEPARTMENT OF DEFENSE, )<br>)<br>Defendant. )<br>_____ ) | Civil Action No.09-0836 (EGS) |

## STIPULATION OF SETTLEMENT AND DISMISSAL

Plaintiff, Judicial Watch, Inc., and Defendant, the United States Department of Defense, hereby settle and compromise the above entitled lawsuit brought under the Freedom of Information Act, 5 U.S.C. § 552, as amended ("FOIA") on the following terms:

1. Plaintiff agrees to dismiss this suit with prejudice.

2. Defendant shall pay $1,500 (one thousand and five hundred dollars) in attorney's fees and costs to Plaintiff. Payment of this money will be made by check promptly after notification of the Court's entry of this Stipulation and after receipt of necessary information from counsel for Plaintiff in order to effectuate the payment.

3. This Stipulation of Settlement constitutes the full and complete satisfaction of any and all claims arising from (a) the allegations set forth in the complaint filed in this lawsuit and (b) any litigation or administrative proceeding that Plaintiff has brought, could bring, or could have brought regarding Plaintiff's FOIA request in this case.

4. This Stipulation of Settlement does not constitute an admission of liability or fault on the part of Defendant, the United States, its agents, servants, or employees, and is entered into by both parties for the sole purpose of compromising disputed claims and avoiding the expenses and risks of further litigation.

5. This Stipulation of Settlement is binding upon and inures to the benefit of the parties hereto and their respective successors and assigns.

6. The Court retains jurisdiction over this litigation for purposes of enforcing this Stipulation of Settlement.

7. Execution and filing of this Stipulation of Settlement by counsel for Plaintiff and by counsel for Defendants constitutes a dismissal of this lawsuit, with prejudice, effective upon entry by the Court, pursuant to Rule 41(a)(1)(A)(ii).  Any and all remaining issues are waived.

| | |
|---|---|
| Dated:  December 7, 2009 | Respectfully submitted, |
| JUDICIAL WATCH, INC. | /s/<br>CHANNING D. PHILLIPS<br>D.C. Bar No. 415793 |
| /s/<br>PAUL J. ORFANEDES<br>D.C. Bar No. 429716 | Acting United States Attorney |
| /s/<br>JASON B. ALDRICH<br>D.C. Bar No. 495488<br>Suite 700<br>501 School Street, S.W.<br>Washington, DC 20024<br>Tel:  (202) 646-5172<br>Fax:  (202) 646-5199<br>porfanedes@judicialwatch.org | /s/<br>RUDOLPH CONTRERAS<br>D.C. Bar No. 434122<br>Assistant United States Attorney<br><br>/s/<br>CHRISTOPHER B. HARWOOD<br>Assistant United States Attorney<br>555 Fourth Street, N.W.<br>Washington, DC  20530<br>Tel:  (202) 307-0372<br>Fax:  (202) 514-8780<br>Christopher.Harwood@usdoj.gov |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |